THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOSEPH BARONDESS, Respondent.

(Argued April 19, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 7, 1891, which reversed a judgment of the Court of Oyer and Terminer entered upon a verdict convicting the defendant of the crime of extortion.

*Henry B. B. Stapler* for appellant.

*Benjamin Steinhart* for respondent.

Agree to reverse and affirm judgment of conviction on opinion of DANIELS, J., below.

EARL, Ch. J., ANDREWS, FINCH and PECKHAM, JJ., concur. GRAY, J., reads for affirmance; O'BRIEN and MAYNARD, JJ., concur.

Judgment reversed.

---

MELVIN STEPHENS, Respondent, *v.* ROBERT LEWIS HUMPHRIES, Impleaded, etc., Appellant.

(Submitted April 19, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Silas B. Brownell* for respondent.

Agree to affirm by default; no opinion.
All concur.
Judgment affirmed.